```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 02647
     LINDA C NULF
                                                    CHAPTER 13

                                                    JUDGE: JOHN H SQUIRES

               Debtor
     SSN XXX-XX-8574


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 02/15/07 and confirmed on 05/25/07.

     2.   The case was dismissed after confirmation, 08/03/2007.

     3.   The Debtor paid a total of $    5400.00 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF NEW YORK | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF NEW YORK | MORTGAGE ARRE | 1171.71 | .00 | 1171.71 |
| 21ST CENTURY PLANNERS | SECURED | .00 | .00 | .00 |
| 21ST CENTURY PLANNERS | MORTGAGE ARRE | 6664.00 | .00 | 158.99 |
| CENTURY FARMS HOMEOWNERS | SECURED | 125.00 | .00 | 125.00 |
| CREDIT ACCEPTANCE | SECURED VEHIC | .00 | .00 | .00 |
| HEIGHTS FINANCE CORP | SECURED | 98.90 | .00 | 98.90 |
| INTERNAL REVENUE SERVICE | SECURED | 20954.48 | .00 | 2185.00 |
| BARIATRIC MEDICAL SPECIA | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF NAPERVILLE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DMHS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| S GUILLERMO PHILIPPS MD | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| INTEGRATED HOMECARE SERV | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| LABORATORY & PATHOLOGY D | UNSECURED | NOT FILED | .00 | .00 |
| LINDEN OAKS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |

```
NAPERVILLE RADIOLOGISTS    UNSECURED     NOT FILED              .00           .00
NICOR GAS                  UNSECURED     NOT FILED              .00           .00
PAYPAL                     UNSECURED     NOT FILED              .00           .00
PROFESSIONAL CREDIT SRV    UNSECURED     NOT FILED              .00           .00
PROGRESSIVE EYE CARE       UNSECURED     NOT FILED              .00           .00
QUEST DIAGNOSTICS          UNSECURED     NOT FILED              .00           .00
RESPIRATORY CONSULTANTS    UNSECURED     NOT FILED              .00           .00
RUSH UNIVERSITY MEDICAL    UNSECURED     NOT FILED              .00           .00
SARAH L POEPPEL ESQ        UNSECURED     NOT FILED              .00           .00
SBC AMERITECH              UNSECURED     NOT FILED              .00           .00
SHERMAN ACQUISITION        UNSECURED     NOT FILED              .00           .00
RUSH UNIVERSITY MEDICAL    UNSECURED     NOT FILED              .00           .00
INTERNAL REVENUE SERVICE   PRIORITY       5266.50               .00           .00
INTERNAL REVENUE SERVICE   UNSECURED       814.00               .00           .00
         Summary of disbursements:
----------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  29014.09      5266.50       814.00         .00    35094.59
PRINCIPAL PAID       3739.60          .00          .00         .00     3739.60
INTEREST PAID            .00          .00          .00         .00          .00
TOTAL PAID           3739.60          .00          .00         .00     3739.60
```

The Debtor's attorney, ROBERT V SCHALLER             , was allowed $   3000.00
and was paid $   1480.00   direct and $   1520.00   through the plan.

The Trustee received $     140.40 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/14/07                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                         PAGE  3
CASE NO. 07 B 02647 LINDA C NULF
```